UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHATON J. MAULTSBY-EL,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>                    Defendants. | 21-CV-7127 (LTS)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued September 24, 2021, dismissing the complaint without prejudice,

     IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 24, 2021
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                      Chief United States District Judge